JUL 6 2016

Eastern District of Kentucky
FILED
JUL 06 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

To Whom it May Concern!

    I am seeking representation in a civil rights lawsuit against the Federal Bureau of Prison United State McCreary Penitinary and the City of Pine Knots Kentucky. The Parties that are involve:

Mrs. Jones (Director of Administration)
Mrs. J. West (Head APRN)
Doctor, Dyer (Health Care Provider)
Mrs. Summer (Nures, Assistance)
Mrs. Lawson (Nures, Assistance)

    I'm bring about sought allegation of improper medical care and medication, under the Fifth or Fourteen Amendment with the infiction of cruel and unusual punishment. I feel reason are why the medical administration and staff members, for not complying to my medical needs, is due to my so call ____ disruptive influence in not taking my HIV medication, which that decision

was part of an bad judgement and blatant violation of elementary principles of human dignity and naive concept. I no not to expect a flawless medical services system, though the statute or policy under which this prison administration is acting, is very unconstitutional they characterized by the presence of unnecessary discretionary power, which has result in the danger of abuse and judicial intervention.

I've went through the proper protocol in filing an BP-8 to my unit team, BP-9 to the warden and a BP-10 to the Mid-Atlantic Reginal Offices concerning the neglected and delaying process of the medical administration and medical staff members here at USP Mc Creary, and I'm being delay in process due to my not receiving my BP-10 Back.

After, Medical Officals learn about my medical needs

was urgent, according to the supreme court prison offical it's in violation of the constitution when the intentional party's deny or delay a person adequate medical care or medication, it prevents and interfer with the individual getting the proper prescribe medication needed, to prevent ferther serious problems.

Cases: Estelle v Gamble
Sealock v Colo

If, that's the case denial of medical care can endanger an person life, causing one unnecessary pain and making it very difficult for one to do the basic things which I've experience, therefore this is where the delibrate indifference comes in at.

Rational Basis
Turner v Safley
Goebert v Lee County

I was recommended by Mrs. J. West for an consoltant notification appointment which was approve, too see the BOP dermatoligist ___ Dr. Hardin, this decision was made by Dr. Dyer my health care provider with him saying that my constantly "eczema" break-out could be due to my limited resistance and having an immunodeficiency ____ syndrome, which can expose me to opportunistic infection.

Due ? To security concering, and my getting release in sixty __ days it's to say that i may not make the scheduled trip for a __ specialist evaluation or diagnostic testing and maybe an surgical evaluation.
Under Physical "Injury" Requirement Litigation Reform act (PLRA) 42 usc 1997.

I would like to seek money punitive damage for my injuries,

which is the lost of my skin pigmatation in my hand, arms and feets; along with injunctive relief to prevent this sort of thing happening again, and I'll be able to pay for the medical expenses without my having any insurance, once i return back into society cause I'm homeless with no family.

In Closing here are ___ documentation of my medical e-mail cop-out to the medical administration and medical staff, also everything i need to proceed without prepaying Fees or Costs.

Yes! This is just an additional lettering to inform whom ever may come to assisting me, with my ___ situation that you have to go into the BOP freedom of information act to my BP-9 responds and then look into and see what my responds to my BP-10, if the Mid-Atlantic Regional Offices receive it at all.